IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

V.                    CASE NO. 5:13-CR-30012-002

NICHOLAS KRUG                                                 DEFENDANT

ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 138) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, concerning the Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence (Doc. 131), filed by Petitioner Nicholas Krug. The Magistrate Judge also considered two other motions filed by Mr. Krug, entitled "Motion for Remand to Consider Motion Under Fed Rule Crim. P. 33(B)(1)" (Doc. 131-1) and "Notice of Motion and Motion to Declare the Grand Jury Unconstitutional and for an Order Dismissing the Indictment and, in the Alternative, for an Order Granting a Post-Indictment Preliminary Hearing - Federal" (Doc. 135).

Magistrate Judge Ford recommends: (1) denying the Motion to Vacate and dismissing it with prejudice without an evidentiary hearing, (2) denying a request for a certificate of appealability concerning the Motion to Vacate, should Mr. Krug choose to file one in the future, and (3) denying Mr. Krug's Motion for Remand and Notice of Motion and Motion to Declare the Grand Jury Unconstitutional.

The parties were given 14 days from receipt of the R&R to file objections pursuant to 28 U.S.C. § 636(b)(1). The Government filed no objections. Mr. Krug filed his first

Motion for Extension of Time to File Objections (Doc. 139) on December 14, 2017. The Court granted the Motion, see Doc. 140, and extended his time to file objections until December 29, 2017. On January 2, 2018, the Court received notice that mail that had been sent to Mr. Krug was returned as undeliverable. The Court's Probation Office advised the Court at that time that Mr. Krug had been transferred from the Arkansas Department of Correction to a residential recovery center in Little Rock. The Court then changed Mr. Krug's address of record in the docket to reflect his new address, resent all relevant documents to that address, and again extended Mr. Krug's deadline to file objections until January 25, 2018. See Text Only Order (Doc. 142). Mr. Krug filed a second Motion for Extension of Time to File Objections (Doc. 143) on January 22, 2018. The Court granted that Motion as well, see Doc. 144, but made clear that it would grant no further extensions, and that his objections were due by February 2, 2018.

The deadline to file objections has now passed, and none have been filed. The Court has therefore reviewed the R&R and, being well and sufficiently advised, hereby **ADOPTS AND APPROVES** it in its entirety.

**IT IS ORDERED** that Mr. Krug's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence (Doc. 131) is **DISMISSED WITH PREJUDICE**. Any forthcoming request for a certificate of appealability will be **DENIED** for the reasons set forth in the R&R.

**IT IS FURTHER ORDERED** that Mr. Krug's Motion for Remand to Consider Motion Under Fed Rule Crim. P. 33(B)(1) (Doc. 131-1) and Notice of Motion and Motion to Declare the Grand Jury Unconstitutional and for an Order Dismissing the Indictment and, in the

Alternative, for an Order Granting a Post-Indictment Preliminary Hearing - Federal (Doc. 135) are both **DENIED**. Judgment will enter accordingly.

**IT IS SO ORDERED** on this 6th day of February, 2018.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE